## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE, AND
AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA (UAW), *et al.*,

        Plaintiffs,

v.                                            Case No. 11-cv-14630
                                                    Honorable Denise Page Hood

TRW AUTOMOTIVE U.S., LLC,

        Defendant.

_____/

## **JUDGMENT**

      **IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this date September 30, 2012, this cause of action is **DISMISSED WITHOUT PREJUDICE**.

      Dated at Detroit, Michigan this 30th day of September, 2012.

                                                                           DAVID J. WEAVER
                                                                          CLERK OF THE COURT

                                                                          BY: s/Denise Page Hood

APPROVED:


s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE