UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE,
AND AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA (UAW); and
MARTIN LAMER, JOHN YASSO, KIM
TASKILA and RONALD GARDNER, for
themselves and others similarly-situated,

    Plaintiffs,

v.

TRW AUTOMOTIVE U.S. LLC,

    Defendant.
_____/

Case No. 11-cv-14630
Class Action

U.S. District Judge Denise Page Hood

## PLAINTIFFS' NOTICE OF APPEAL

Plaintiffs give notice of their appeal to the Sixth Circuit Court of Appeals from the district court's order granting defendant's motion to compel arbitration (docket 26) and judgment of dismissal (docket 27). Jurisdiction is pursuant to 28 U.S.C. § 1291 because the order is final.

s/William Wertheimer
William Wertheimer (P26275)
Law Office of William Wertheimer
30515 Timberbrook Lane
Bingham Farms, MI 48025
(248) 644-9200
billwertheimer@gmail.com
Attorney for Class Representatives and UAW

Maneesh Sharma (P71492)
  Associate General Counsel
International Union, UAW
8000 E. Jefferson Avenue
Detroit, MI 48214
(313) 926-5216
msharma@uaw.net
Attorney for UAW

Dated: 2 October 2012