# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 20, 2013

Mr. Gregory Valentin Mersol
Baker & Hostetler
1900 E. Ninth Street
Suite 3200
Cleveland, OH 44114

Mr. William Arthur Wertheimer Jr.
Law Office
30515 Timberbrook Lane
Bingham Farms, MI 48025

Re: Case No. 12-2272, *UAW International, et al v. TRW Automotive U.S. LLC*
Originating Case No. : 2:11-cv-14630

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Karen S. Fultz
Case Manager
Direct Dial No. 513-564-7036

cc: Mr. Gilbert Brosky
    Mr. Todd A. Dawson
    Mr. Jeffrey Richard Vlasek
    Mr. David J. Weaver

Enclosure

No mandate to issue

Case No. 12-2272

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

UAW INTERNATIONAL; MARTIN LAMER, for himself and others similarly situated; JOHN YASSO, for himself and others similarly situated; KIM TASKILA, for himself and others similarly situated; RONALD GARDNER, for himself and others similarly situated

      Plaintiffs - Appellants

v.

TRW AUTOMOTIVE U.S. LLC

      Defendant - Appellee

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED**, the appeal is dismissed and **REMANDED** to the district court for further proceedings.

      **ENTERED BY ORDER OF THE COURT**
      Deborah S. Hunt, Clerk

Issued: September 20, 2013