UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE AND
AGRICULTURAL, IMPLEMENT WORKERS
OF AMERICA (UAW), *et al,*

        Plaintiffs,

v.                                                    Case No. 11-CV-14630
                                                    Honorable Denise Page Hood

TRW AUTOMOTIVE U.S., LLC,
        Defendant.
_____/

**<u>ORDER GRANTING DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S
SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR ATTORNEYS'
FEES AND EXPENSES (Docket # 41)</u>**

      Defendant, TRW Automotive U.S. LLC (TRW), filed this Motion to Strike Plaintiff's Supplemental Brief in Support of Motion for Attorneys' Fees and Expenses seeking to strike Plaintiffs Supplemental Brief filed without permission of the Court citing, L.R. 7.1. Defendant also argues that Plaintiffs' Supplemental Brief is untimely under L.R. 54.1.2. Defendant, in the alternative, requests permission to file a reply memorandum *instanter*. Plaintiffs, International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America (UAW) and Martin Lamer, John Yasso, Kim Taskila, and Ronald Gardner (UAW), filed a response claiming Defendant had not complied with L.R. 7.1.  In its

discretion and because the Court finds that further briefing is not necessary to its decision, the Defendant's Motion to Strike (Docket #41) is GRANTED.

ITS IS ORDERED that Defendant's Motion to Strike Plaintiffs' Supplemental Brief in Support of Motion for Attorney Fees and Expenses (Docket #41) is GRANTED.

S/Denise Page Hood
Denise Page Hood
Chief Judge, United States District Court

Dated: September 30, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 30, 2016, by electronic and/or ordinary mail.

S/LaShawn R. Saulsberry
Case Manager