UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UAW – International, et al.,

                Plaintiff(s),

v.                                        Case No. 2:11–cv–14630–DPH–MKM
                                              Hon. Denise Page Hood

TRW Automotive U.S. LLC,

                Defendant(s),
_____/

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

   **IT IS ORDERED** that the following motion(s) are referred to United States Magistrate Judge Mona K. Majzoub for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B):

      Motion for Attorney Fees – #77

                                             s/Denise Page Hood
                                             Denise Page Hood
                                             United States District Judge

**Certificate of Service**

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                             s/L. Saulsberry
                                             Case Manager