IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW), and MARTIN LAMER, JOHN YASSO, KIM TASKILA and RONALD GARDNER,<br><br>Plaintiffs,<br><br>v.<br><br>TRW AUTOMOTIVE U.S., LLC,<br><br>Defendant. | Case No. 11-cv-14630<br><br>JUDGE DENISE PAGE HOOD<br><br>Magistrate Judge Mona K. Majzoub |

| | |
|---|---|
| William Wertheimer (P26275)<br>LAW OFFICE OF WILLIAM WERTHEIMER<br>30515 Timberbrook Lane<br>Bingham Farms, MI  48025<br>(248) 644-9200<br>Email:  billwertheimer@gmail.com<br><br>Maneesh Sharma (P71492)<br>Associate General Counsel<br>International Union, UAW<br>8000 E. Jefferson Avenue<br>Detroit,  MI 48214<br>(313) 926-5216<br>Email:  msaggau@uaw.net<br><br>*Attorneys for Plaintiffs* | Gregory V. Mersol (OH 0030838)<br>Todd A. Dawson (OH 0070276)<br>BAKER & HOSTETLER LLP<br>Key Tower<br>127 Public Square, Suite 2000<br>Cleveland, OH  44114-1214<br>(216) 621-0200<br>Email: gmersol@bakerlaw.com<br>            tdawson@bakerlaw.com<br><br>Robert M. Vercruysee (P21810)<br>VERCRUYSSE MURRAY & CALZONE, PC<br>31780 Telegraph Road, Ste. 200<br>Bingham Farms, MI  48025-3469<br>(248) 540-8019<br>Email:  rvercruysse@vmclaw.com<br><br>*Attorneys for Defendant* |

**<u>DEFENDANT'S NOTICE OF APPEAL</u>**

Notice is hereby given that defendant TRW Automotive U.S., LLC, which is the only defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Order and Final Judgment entered in this action on September 30, 2019 (Doc. 86).

        Respectfully submitted,

        *s/Gregory V. Mersol*
        Gregory V. Mersol (0030838 Ohio)
          (admitted in this Court)
        Email: gmersol@bakerlaw.com
        Todd A. Dawson (0070276 Ohio)
          (admitted in this Court)
        Email: tdawson@bakerlaw.com
        BAKER & HOSTETLER LLP
        Key Tower
        127 Public Square, Suite 2000
        Cleveland, OH  44114-1214
        (216) 621-0200

        Robert M. Vercruysee (P21810)
        VERCRUYSSE MURRAY &
        CALZONE, PC
        31780 Telegraph Road, Ste. 200
        Bingham Farms, MI  48025-3469
        (248) 540-8019
        Email: rvercruysse@vmclaw.com

        Attorneys for Defendant