## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

INTERNATIONAL UNION,
UNITED AUTOMOBILE,
AEROSPACE AND AGRICULTURAL
IMPLEMENT WORKERS OF
AMERICA (UAW), and MARTIN
LAMER, JOHN YASSO, KIM
TASKILA and RONALD GARDNER,

     Plaintiffs,

v.

TRW AUTOMOTIVE U.S., LLC,

     Defendant.

Case No. 11-cv-14630

JUDGE DENISE PAGE HOOD

Magistrate Judge Mona K. Majzoub

---

William Wertheimer (P26275)
LAW OFFICE OF WILLIAM
  WERTHEIMER
30515 Timberbrook Lane
Bingham Farms, MI 48025
(248) 644-9200
Email: billwertheimer@gmail.com

Maneesh Sharma (P71492)
Associate General Counsel
International Union, UAW
8000 E. Jefferson Avenue
Detroit, MI 48214
(313) 926-5216
Email: msaggau@uaw.net

*Attorneys for Plaintiffs*

Gregory V. Mersol (OH 0030838)
Todd A. Dawson (OH 0070276)
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
(216) 621-0200
Email: gmersol@bakerlaw.com
      tdawson@bakerlaw.com

Robert M. Vercruysee (P21810)
VERCRUYSSE MURRAY &
  CALZONE, PC
31780 Telegraph Road, Ste. 200
Bingham Farms, MI 48025-3469
(248) 540-8019
Email: rvercruysse@vmclaw.com

*Attorneys for Defendant*

---

## JOINT STIPULATION TO STAY EXECUTION OF JUDGMENT OF ATTORNEY'S FEES AWARD PENDING DEFENDANT'S APPEAL

On September 30, 2019, the Court entered an Order "Granting In Part Plaintiff's Motions For Attorney Fees and Adopting In Part The Magistrate Judge's Report And Recommendation" which ordered defendant TRW Automotive U.S., LLC to pay $183,300.91 in attorney's fees and costs.  (Doc. 86).   Plaintiffs and defendant herby enter the following stipulation pertaining to the Court's attorney fees and expenses award:

1.  Plaintiffs will not seek to enforce the Court's attorney's fees and expense award until the conclusion of defendant's pending appeal with the Sixth Circuit Court of Appeals, case no. 19-2252.  In the event the Sixth Circuit upholds the Court's attorney's fees and expenses award, in whole or in part, defendant agrees to pay the upheld portion of the Court's award within thirty days of the Sixth Circuit's decision.

2.  Within 10-days of the filing of this stipulation, defendant will obtain and file with the Court a supersedeas bond in the entire amount of the Court's attorney fees and expenses judgment plus two years of interest at the rate prescribed under 28 U.S.C. § 1961, plus taxed costs in the amount of $4,754.81.  This bond will act as security for the Court's attorney's fees and expenses award.   This computation does not preclude plaintiffs from seeking an alternative interest measure, computation or amount after the completion of defendant's pending appeal with the Sixth Circuit.

1

/s William Wertheimer (via e-mail consent)
Attorney for Plaintiffs


/s Gregory V. Mersol
Attorney for Defendant