UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE AND
AGRICULTURAL, IMPLEMENT WORKERS
OF AMERICA (UAW), *et al*,

      Plaintiffs,

v.

TRW AUTOMOTIVE U.S., LLC,

      Defendant.

Case No. 11-CV-14630
Honorable Denise Page Hood

_____/

## ORDER GRANTING JOINT STIPULATION TO STAY EXECUTION OF JUDGMENT OF ATTORNEY'S FEES AWARD PENDING DEFENDANT'S APPEAL

The parties' October 28, 2019, joint stipulation to stay execution of the Court's judgment of attorney's fees award (Doc. 91) is hereby granted in its entirety.

IT IS SO ORDERED.

December 20, 2019

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge